ACCEPTED
12-15-00123-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/5/2015 5:32:32 PM
Pam Estes
CLERK

## NO. 12-15-00123-CR

| | | | |
|---|---|---|---|
| STATE OF TEXAS | § | IN THE | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| | § | | |
| VS. | § | 12th COURT | 11/5/2015 5:32:32 PM |
| | § | | PAM ESTES<br>Clerk |
| MICHAEL REVEL MCKNIGHT | § | OF APPEALS | |
| #22350619 | § | | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Michael Revel McKnight #22350619, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 3rd Judicial District Court of Anderson County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Michael Revel McKnight #22350619, and numbered 31107.

3. Appellant was convicted of sexual assault.

4. Appellant was assessed a sentence of 9 years on 4-27-2015.

5. Notice of appeal was given on May 5, 2015.

6. The clerk's record was filed on 8/20/15 ; the reporter's record was filed on 9/25/15 .

7.    The appellate brief was due on October 26, 2015.

8.    Appellant requests an extension of time of 11 days from the present date, i.e. November 6, 2015.

9.    No extension to file the brief has been received in this cause.

10.    Defendant is currently incarcerated.

11.    Appellant relies on the following facts as good cause for the requested extension: The undersigned Attorney for Appellant prepared for and tried a felony drug case to a jury the week of October 19th 2015 and is currently working on three other appeals to this court. The reporter's record exceeded 900 pages.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Wm. M. House, Jr.,  Attorney at Law
800 North Church
Palestine, Texas 75801
Tel: (903) 723-2077
Fax: (903) 723-6323

By:_____
Wm. M. House, Jr.
State Bar No. 10045000
wmmhousejr@embarqmail.com
Attorney for Michael Revel McKnight
#22350619

## CERTIFICATE OF SERVICE

This is to certify that on November 5, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, Texas, by personal delivery.

Wm. M. House, Jr.

**STATE OF TEXAS** §
§
**COUNTY OF ANDERSON** §

# AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Wm. M. House, Jr., who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

Wm. M. House, Jr.
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on November 5, 2015, to certify which witness my hand and seal of office.



MARY L. JOHNSON
Notary Public, State of Texas
My Commission Expires
June 18, 2019

Notary Public, State of Texas